UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:** _____

Janice Denise Baker
(Write the full name of the plaintiff)

FILED BY __MEE__

AUG 11 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

vs.

Resnick & Louis PC / Macy's Florida Stores, Brian L. Harvell Esq., Robert S. Sequira Esq. + Bryan Boysaw Esq. + Dave Roy Esq.
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. **Party Information**

A. Plaintiff: Janice Denise Baker
   Address: 4423 Lake Tahoe Circle
   Inmate/Prison No.: N/A
   Year of Birth: 1962 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Brian L. Harvell + Robert S. Sequira Esq.    Defendant: See the attachment
   Official Position: Resnick & Louis    Official Position: _____
   Place of Employment: _____    Place of Employment: _____

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Bryan Boy saw is involved because he had this Macys case first who never responded to the defendant Summary Judgement also he is aware of the the surviellance came because his assistant wrote letter to Macys corp. Resnick & Louis who represent Macys are hide surviellance camera & forgery the plantiff signature on evidence and Medicare forms David Roy took this case without withdrawn from this case but charged Plantiff $5000 without using my evidence.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Plantiff is asking 28 USC 1332 & 1331 Diversity of citizenship, request for injunction for this case knowing defendant previous lawyer owe me money due to Lack of Subject Matter Jurisdiction

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?    ✗ Yes    ___ No

Signed this  11  day of August, 2022

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: August 11, 2022

_____
Signature of Plaintiff